IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIUS EUGENE BERRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-PWG-0670-S |
| | ) |
| JERRY FERRELL, Warden; | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

On April 27, 2005 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On May 19, 2005 petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's findings and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the findings of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge and it is, therefore **ORDERED** that petitioner's objections are **OVERRULED** and the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** this the 10th day of June, 2005.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE